

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Fiona Temukisa FIASEU (D1), ) <br> Jhinee Tatsoolevau PALEMO (D2), ) <br> ) <br> Defendants. ) <br> _____ ) | Magistrate Case No. **23mj1459** <br><br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn states:

On or about April 21, 2023, within the Southern District of California, Defendants Fiona Temukisa FIASEU and Jhinee Tatsoolevau PALEMO, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Elia Soledad BLAS-Morales, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana Rosas-Carranza, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 24th of April 2023.

HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

## AMENDED PROBABLE CAUSE STATEMENT

The complainant states that Elia Soledad BLAS-Morales is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 21, 2023, at approximately 6:40 A.M., Fiona Temukisa FIASEU(D1), a United States citizen, applied for admission into the United States from Mexico via the San Ysidro, California Port of Entry vehicle primary lanes as the driver of a 2022 Dodge Ram U-Haul pickup bearing Arizona license plates. Accompanying D1 was Jhinee Tatsoolevau PAMELO (D2), a United States citizen. Upon inspection before a United States Customs and Border Protection (CBP) Officer conducting pre-primary roving inspections, D1 said she was going to Orange County, California with nothing to declare from Mexico. D1 told the CBP Officer they just finished helping a friend move stuff to Mexico. The CBP Officer conducted an inspection of the truck's interior and discovered a person concealed in the back area of the cab. D1 and D2 were placed in handcuff restraints and escorted to the security office. The vehicle was driven to the secondary inspection lot by another officer.

In secondary, a responding CBP Officer took evidentiary photographs of the vehicle and concealment method. CBP Officers pulled forward the front driver seat and passenger seats freeing one female from underneath a piece of carpet. The female was later identified as Elia Soledad BLAS-Morales (Material Witness), determined to be a citizen of Mexico without legal documents to enter, pass through or reside in the United States; BLAS-Morales was held as a Material Witness.

Queries revealed the vehicle was registered to U-Haul Co of Arizona at 2727 N. Central Avenue Phoenix, Arizona 85004. Further queries showed the vehicle traveled outbound into Mexico on Friday, April 21, 2023, at about 4:22 A.M. with an empty truck bed.

Material Witness admitted to being a citizen of Mexico, with no legal documents to enter the United States. Material Witness admitted a friend made the smuggling arrangements for her to be unlawfully transported into the United States for an undisclosed smuggling payment to be paid to unknown smugglers in Mexico. Material Witness stated she was going to Los Angeles, California to reunite with family members and seek employment.

## PROBABLE CAUSE STATEMNT

I, United States Customs and Border Protection Enforcement Officer Gabriela Nicasio, declare under penalty of perjury the following to be true and correct:

The complainant states that Elia Soledad BLAS-Morales is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 21, 2023, at approximately 6:40 A.M., Fiona Temukisa FIASEU(D1), a United States citizen, applied for admission into the United States from Mexico via the San Ysidro, California Port of Entry vehicle primary lanes as the driver of a 2022 Dodge Ram U-Haul pickup bearing Arizona license plates. Accompanying D1 was Jhinee Tatsoolevau PAMELO (D2), a United States citizen. Upon inspection before a United States Customs and Border Protection (CBP) Officer conducting pre-primary roving inspections, D1 said she was going to Orange County, California with nothing to declare from Mexico. D1 told the CBP Officer they just finished helping a friend move stuff to Mexico. The CBP Officer conducted an inspection of the truck's interior and discovered a person concealed in the back area of the cab. D1 and D2 were placed in handcuff restraints and escorted to the security office. The vehicle was driven to the secondary inspection lot by another officer.

In secondary, a responding CBP Officer took evidentiary photographs of the vehicle and concealment method. CBP Officers pulled forward the front driver seat and passenger seats freeing one female from underneath a piece of carpet. The female was later identified as Elia Soledad BLAS-Morales (Material Witness), determined to be a citizen of Mexico without legal documents to enter, pass through or reside in the United States; BLAS-Morales was held as a Material Witness.

Queries revealed the vehicle was registered to U-Haul Co of Arizona at 2727 N. Central Avenue Phoenix, Arizona 85004. Further queries showed the vehicle traveled outbound into Mexico on Friday, April 21, 2023, at about 4:22 A.M. with an empty truck bed.

Probable Cause Statement continued on page 2,

Continuation of Probable Cause Statement
RE: U.S. vs. Fiona Temukisa FIASEU et al

Material Witness admitted to being a citizen of Mexico, with no legal documents to enter the United States. Material Witness admitted a friend made the smuggling arrangements for her to be unlawfully transported into the United States for an undisclosed smuggling payment to be paid to unknown smugglers in Mexico. Material Witness stated she was going to Los Angeles, California to reunite with family members and seek employment. Material Witness was shown a photographic lineup and identified D1 and D2 as the persons who placed her behind the seat of the truck.

Executed on this 22nd day of April 2023, at 9:30 A.M.

_____
Gabriela Nicasio / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that D1 and D2 named therein committed the offense on April 21, 2023, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

_____           4/22/23 10:53 a.m.
MAGISTRATE JUDGE                    DATE / TIME
LUPE RODRIGUEZ, Jr.